IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of the Search of

2802 Concord Pike, Wilmington, DE 19803;
3607 Kirkwood Highway, Wilmington, DE 19808;
2911 Philadelphia Pike, Claymont, DE 19703;
30 South Chapel Street, Newark, DE 19711;
101 N. Dupont Highway, New Castle, DE 19720;
2960 Kirkwood Highway, Newark, DE 19711; and
1530 N. Dupont Highway, New Castle, DE 19720

Case No. MC 08-155

## MOTION TO SEAL

**NOW COMES** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves the Court to order and direct that the above-captioned search warrant application, affidavit, and warrants in this case be SEALED until further order of the Court.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: August 12, 2008

**IT IS SO ORDERED** this __12__ day of __August__, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
AUG 1 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE