AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF _Delaware_

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

101 N. Dupont Highway, New Castle, DE 19720

## SEARCH WARRANT

CASE NUMBER: MC 08-155

**REDACTED**

TO: Special Agent Kimberly Mullings       and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Kimberly Mullings   who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location) 101 N. Dupont Highway, New Castle, DE 19720, and further described in Attachment A.

in the _____ District of  Delaware  there is now concealed a certain person or property, namely (describe the person or property)

See Exhibit 5 incorporated herein by reference.

FILED

SEP 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   8/22/08
                                                                                                  Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Hon. Mary Pat Thynge
as required by law.                                                                                    U.S. Judge or Magistrate

August 12, 2008                                                         at    Wilmington, Delaware
Date and Time Issued                                                         City and State

Hon. Mary Pat Thynge
Name and Title of Judicial Officer                                     Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 08/12/08 | 08/13/08  0900hrs. | Dennis Donovan |

INVENTORY MADE IN THE PRESENCE OF

Dennis Donovan

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

| NAME | DOB |
|---|---|
| Elvia Vivar-Mentado | /74 |
| Leonardo Garcia-Arroyo | /86 |
| Yocel Vasquez-Merida | /88 |
| Claudia Tapia | /74 |
| Selene Flores | /76 |
| Josefa Vasquez | /68 |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____  8/18/08
U.S. Judge or Magistrate      Date